**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pebble Technology, Inc., an Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>E.L. Wagner Co., Inc., a Connecticut corporation,<br><br>　　　　　　Defendant. | No. CV-07-2127-PHX-DGC<br><br>**ORDER** |

　　　　This removed action arises out of a license agreement between Plaintiff Pebble Technology, Inc. and Defendant E.L. Wagner Co., Inc., relating to Defendant's use of Plaintiff's "Pebble Tec" and "Pebble Sheen" trademarks. Plaintiff's complaint asserts federal and common law trademark infringement claims. Dkt. #1-4.

　　　　Defendant has filed a motion to compel mediation and arbitration. Dkt. #7. Defendant argues that the license agreement explicitly requires the parties to mediate and arbitrate disputes arising out the agreement, and that the Court therefore must grant the motion to compel and stay this action under the Federal Arbitration Act, 9 U.S.C. § 3. *Id.* Plaintiff does not oppose the motion and has stipulated that the claims asserted in its complaint are subject to arbitration under the agreement. Dkt. #11. The Court accordingly will grant Defendant's motion and stay this action pending completion of the dispute resolution process required by the agreement. *See* 9 U.S.C. § 3.

　　　　The Court will require that the arbitration be completed within in six months of this

1  order.  The parties shall file a status report on or before June 16, 2008 regarding the results
2  of the arbitration and the process for completing this case.
3      Defendant requests an award of attorney's fees.  Dkt. #7.  The request is premature
4  as final judgment has not been entered in this case.  *See* Fed. R. Civ. P. 54(d)(2)(B); LRCiv
5  54.2(b)(1).  The Court will deny the request without prejudice.  The parties may file motions
6  for attorneys' fees after the entry of final judgment.  Any such motions shall comply fully
7  with Rule 54(d) and Local Rule 54.2.

8  **IT IS ORDERED:**

9  1.  Defendant's motion to compel mediation and arbitration (Dkt. #7) is **granted**.
10 2.  Defendant's request for an award of attorneys' fees is **denied without prejudice**.
12 3.  This action is **stayed** pending completion of the dispute resolution process required by the parties' license agreement.
14 4.  The parties shall file a status report on or before **June 16, 2008** regarding the results of the arbitration and the process for completing this case.

16 DATED this 14th day of December, 2007.

_____
David G. Campbell
United States District Judge

- 2 -